## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RICHARD BOWER**
**ADC #144498**                                                    **PLAINTIFF**

v.                                   **No. 5:16-cv-200-DPM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION**                                                 **DEFENDANT**

### ORDER

The Court construes Bower's Writ of Mandamus, № 7, as an objection.

On *de novo* review, the Court adopts the recommendation, № 6, and overrules

Bower's objection, № 7. FED. R. CIV. P. 72(b)(3). Bower's complaint will be

dismissed without prejudice for failure to state a claim. This dismissal counts

as a "strike" for purposes of 28 U.S.C. § 1915(g). Bower's embedded motion

for appointed counsel, № 7 *at* 2, is denied as moot. An *in forma pauperis*

appeal from this Order and accompanying Judgment will not be taken in

good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

*19 August 2016*