IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD BOWER
ADC #144498                                                                PLAINTIFF

v.                              No. 5:16-cv-200-DPM

ARKANSAS DEPARTMENT
OF CORRECTION                                                              DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2016